**Order entered December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01207-CV

## IN THE INTEREST OF B.W.S., A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-51685-2010**

## ORDER

We **GRANT** court reporter Susan Maienschein's December 7, 2015 request for extension

of time to file the record to the extent we **ORDER** the reporter's record be filed no later than

January 15, 2016. *See* TEX. R. APP. P. 35.3(c).

/s/     CRAIG STODDART
        JUSTICE